U.S. DISTRICT COURT
DISTRICT OF MARYLAND
3/21/2024
CLERK'S OFFICE
GREENBELT
BY H.E. DEPUTY CLERK

DSG: USAO 2023R00450

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB24CR97 |
| | * | |
| STEPHAN ANTWAIN PITTMAN, | * | (Failure to Register as a Convicted |
| | * | Sex Offender, 18 U.S.C. § 2250(a)) |
| Defendant | * | |
| | * | |

******

## INDICTMENT

### COUNT ONE
**(Failure to Register as a Convicted Sex Offender)**

The Grand Jury for the District of Maryland charges that:

Between at least in or about June 2023 through at least on or about February 22, 2024, in the District of Maryland and elsewhere, the defendant,

**STEPHAN ANTWAIN PITTMAN,**

an individual required to register under the Sex Offender Registration and Notification Act ("SORNA") by reason of a conviction for Second Degree Sexual Assault under the laws of the State of Texas, and an individual who traveled in interstate commerce after being required to register, knowingly failed to register and update a registration as required by SORNA.

18 U.S.C. § 2250(a)

_____/DSG
Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

3-21-24
Date